UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHERMAN MEALY | CIVIL ACTION |
| VERSUS | |
| SHERIFF SID J. GAUTREAUX, III, as the political entity responsible for the East Baton Rouge Parish Prison, ET AL. | NO. 16-716-JWD-RLB |

# ORDER

Before the Court is Plaintiff's Motion to Compel Verification of the City/Parish Interrogatory Responses (R. Doc. 79) filed on October 4, 2018. The deadline for filing an opposition has expired. LR 7(f). Accordingly, the Motion is unopposed.

Plaintiff seeks an order requiring the City of Baton Rouge/Parish of East Baton Rouge ("City/Parish") to verify its answers to Plaintiff's interrogatories as provided the City/Parish's initial responses on March 9, 2018 (R. Doc. 79-2) and its supplemental responses on June 21, 2018 (R. Doc. 79-4).

Rule 33(b)(3) provides that "[e]ach interrogatory must, to the extent it is not objected to, be answered separately and fully in writing under oath." Fed. R. Civ. P. 33(b)(3); *see Dugas v. Mercedes-Benz USA, LLC*, No. 12-02885, 2014 WL 458083, at *2 (W.D. La. Feb. 3, 2014) (warning counsel that "verification of discovery responses is required" by Rule 33(b)(3) and noting that "further violation of that requirement will not be tolerated). Accordingly, the Court will require the City/Parish to verify its answers, under oath, to the extent it has not done so.

Based on the foregoing,

**IT IS ORDERED** that Plaintiff's Motion to Compel (R. Doc. 79) is **GRANTED**. The City/Parish must shall verify its answers to Plaintiff's interrogatories, under oath, to the extent such answers have not been verified, within **7 days** of the date of this Order.

Signed in Baton Rouge, Louisiana, on October 31, 2018.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**